# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00319-CV

**Heather A. Stier, Appellant**

**v.**

**Gary R. Stier, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 07-0874, HONORABLE BRENDA K. SMITH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. The trial court clerk's office has reported that appellant Heather A. Stier has failed to pay or make arrangements to pay for the clerk's record in this appeal. This Court's clerk sent a letter dated June 20, 2013, to Stier requesting that she make arrangements to pay for the clerk's record and that she submit a status report regarding this appeal with this Court. Stier was requested to file a response in this Court on or before July 1, 2013, or risk dismissal of her appeal.

July 1, 2013, has passed. The clerk's record has not been filed, and Stier has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   July 26, 2013